HENRY *v.* HOUSTON, WEST STREET AND PAVONIA FERRY RAILROAD COMPANY.

*John V. Humphreys,* for plaintiff (respondent).

*Coudert Brothers,* for defendants (appellants).

NEWBURGER, J. This action was brought to recover damages for injuries received by plaintiff while in the employ of defendant. A careful examination of the case fails to disclose any valid exception.

The judgment should be affirmed, with costs.

EHRLICH, Ch. J., concurs.

Judgment affirmed, with costs.

---

LIVINGSTON et al. *v.* LAWRENCE.

APPEAL from judgment entered on verdict of jury directed by trial judge in favor of plaintiffs.

*E. Beneville,* for defendant (appellant).

*Weekes Brothers,* for plaintiffs (respondents).

EHRLICH, Ch. J. There was no allegation of fraud nor of rescission therefor, and no allegation that the defendant had vacated or surrendered the premises ; and the matters sought to be proved did not arise to the dignity of an eviction or defense.

For these reasons, the judgment appealed from must be affirmed, with costs.

NEWBURGER and McCARTHY, JJ., concur.

Judgment affirmed, with costs.